1 | STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
2 | LISA M. SIMONETTI (State Bar No. 165996)
KRISTINA A. DEL VECCHIO
3 | 2029 Century Park East
Los Angeles, CA 90067-3086
4 | Telephone:  310-556-5800
Facsimile:  310-556-5959
5 | Email:      *lacalendar@stroock.com*

6

7 | Attorneys for Defendants
   SLM CORPORATION and SALLIE MAE, INC.

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| 12  ANDREW BRADSHAW, TANIF STEPHENSON, ADAM CORRIVEAU, and | ) Case No. CV-12-6376-JSW |
| 13  JESELL GONZALEZ, on behlaf of themselves and similarly situated individuals, | ) [Assigned to the Hon. Jeffrey S. White] |
| 14                    Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO** |
| 15                                | ) **RESPOND TO PLAINTIFFS' COMPLAINT AND CONTINUE THE** |
| 16              v.                | ) **INITIAL CASE MANAGEMENT CONFERENCE** |
| 17  SLM CORPORATION, a Delaware corporation; and SALLIE MAE, INC., a | ) Action Filed:  December 17, 2012 |
| 18  Delaware corporation, | ) [Local Rule 6-1(b)] |
| 19                    Defendants. | ) [Declaration of Lisa M. Simonetti filed concurrently] |
| 20 | |
| 21 | |

22

       WHEREAS, plaintiffs Andrew Bradshaw, Tanif Stephenson, Adam Corriveau and Jesell

23  Gonzalez ("Plaintiffs") filed their Class Action Complaint for Equitable, Declaratory and

24  Injunctive Relief and Damages For (1) Aiding and Abetting Fraud, (2) Mistake of Fact, (3) Unjust

25  Enrichment, (4) Violations of the California Unfair Competition Law, and (5) Violations of the

26  Oklahoma Consumer Protection Act ("Complaint") on December 17, 2012;

27

28

LA 51621002

WHEREAS, on or about January 16, 2013, the Complaint was served on defendants SLM Corporation and Sallie Mae, Inc. ("Defendants");

WHEREAS, Plaintiffs filed their First Amended Class Action Complaint ("FAC") on February 4, 2013;

WHEREAS, on or about February 4, 2013, counsel for Defendants agreed to accept service of the FAC on behalf of Defendants;

WHEREAS, Defendants' response to the FAC is due on February 25, 2013;

WHEREAS, Plaintiffs have agreed to grant Defendants an extension of time to respond to the FAC up to and including March 22, 2013;

WHEREAS, the Court has set the initial Case Management Conference for March 22, 2013 at 1:30 p.m. (Dkt. No. 8), which is the same date that that Defendants' response will be due in accordance with the parties' agreement;

WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties may request an order changing a deadline that would extend deadlines set forth in the Local Rules or Federal Rules; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

[Stipulation Continued On Next Page]

///
///
///
///
///
///
///
///
///
///
///

- 1 -

Case No. CV-12-6376-JSW

LA 51621002

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, as follows:

(a)      The date by which Defendants must respond to Plaintiffs' FAC is continued from February 25, 2013 to March 22, 2013;

(b)      The date of the initial Case Management Conference is continued from March 22, 2013 to April 19, 2013 at 1:30 p.m.


Dated:  February 6, 2013                         STROOCK & STROOCK & LAVAN LLP
                                                 JULIA B. STRICKLAND
                                                 LISA M. SIMONETTI
                                                 KRISTINA A. DEL VECCHIO


                                                 By:          /s/ Lisa M. Simonetti
                                                 _____
                                                            Lisa M. Simonetti

                                                 Attorneys for Defendants
                                                     SLM CORPORATION and SALLIE MAE,
                                                     INC.

Dated:   February 6, 2013                        WOLF LEGAL, P.C.
                                                 ADAM B. WOLF
                                                 TRACEY DEMMON BERGER

                                                 By:          /s/ Adam B. Wolf
                                                 _____
                                                            Adam B. Wolf

                                                 Attorneys for Plaintiffs
                                                     ANDREW BRADSHAW, TANIF
                                                     STEPHENSON, ADAM CORRIVEAU,
                                                     and JESELL GONZALEZ




                                **[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


Dated:  February 6, 2013
                                                 _____
                                                 The Honorable Jeffrey S. White


- 2 -

Case No. CV-12-6376-JSW

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51621002