1   STROOCK & STROOCK & LAVAN LLP
    JULIA B. STRICKLAND (State Bar No. 083013)
2   LISA M. SIMONETTI (State Bar No. 165996)
    KRISTINA A. DEL VECCHIO
3   2029 Century Park East
    Los Angeles, CA 90067-3086
4   Telephone:  310-556-5800
    Facsimile:   310-556-5959
5   Email:      lacalendar@stroock.com

6

7   Attorneys for Defendants
    SLM CORPORATION and SALLIE MAE, INC.

8
                 **UNITED STATES DISTRICT COURT**
9
                **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12  ANDREW BRADSHAW, TANIF       )  Case No. CV-12-6376-JSW
    STEPHENSON, ADAM CORRIVEAU, and )
13  JESELL GONZALEZ, on behlaf of themselves )  [Assigned to the Hon. Jeffrey S. White]
    and similarly situated individuals,     )
14                        )  **STIPULATION AND [PROPOSED]**
                         )  **ORDER TO EXTEND TIME TO**
15          Plaintiff,       )  **RESPOND TO PLAINTIFFS'**
                         )  **COMPLAINT AND CONTINUE THE**
16        v.            )  **INITIAL CASE MANAGEMENT**
                         )  **CONFERENCE**
17  SLM CORPORATION, a Delaware    )
    corporation; and SALLIE MAE, INC., a  )
18  Delaware corporation,        )  Action Filed:  December 17, 2012
                        )
19        Defendants.      )  [Local Rule 6-1(b)]
                        )
20                         )  [Declaration of Lisa M. Simonetti filed
                         )  concurrently]
21  _____)

22        WHEREAS, plaintiffs Andrew Bradshaw, Tanif Stephenson, Adam Corriveau and Jesell

23  Gonzalez ("Plaintiffs") filed their Class Action Complaint for Equitable, Declaratory and

24  Injunctive Relief and Damages For (1) Aiding and Abetting Fraud, (2) Mistake of Fact, (3) Unjust

25  Enrichment, (4) Violations of the California Unfair Competition Law, and (5) Violations of the

26  Oklahoma Consumer Protection Act ("Complaint") on December 17, 2012;

27

28

                                            Case No. CV-12-6376-JSW

1    WHEREAS, on or about January 16, 2013, the Complaint was served on defendants SLM

2  Corporation and Sallie Mae, Inc. ("Defendants");

3    WHEREAS, Plaintiffs filed their First Amended Class Action Complaint ("FAC") on

4  February 4, 2013;

5    WHEREAS, on or about February 4, 2013, counsel for Defendants agreed to accept service

6  of the FAC on behalf of Defendants;

7    WHEREAS, Defendants' response to the FAC is due on February 25, 2013;

8    WHEREAS, Plaintiffs have agreed to grant Defendants an extension of time to respond to

9  the FAC up to and including March 22, 2013;

10    WHEREAS, the Court has set the initial Case Management Conference for March 22, 2013

11  at 1:30 p.m. (Dkt. No. 8), which is the same date that that Defendants' response will be due in

12  accordance with the parties' agreement;

13    WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties may request an order

14  changing a deadline that would extend deadlines set forth in the Local Rules or Federal Rules; and

15    WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

16                    [Stipulation Continued On Next Page]

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

- 1 -

Case No. CV-12-6376-JSW

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51621002

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, as follows:

(a)     The date by which Defendants must respond to Plaintiffs' FAC is continued from February 25, 2013 to March 22, 2013;

(b)     The date of the initial Case Management Conference is continued from March 22, 2013 to April 19, 2013 at 1:30 p.m.


Dated:  February 6, 2013                    STROOCK & STROOCK & LAVAN LLP
                                           JULIA B. STRICKLAND
                                           LISA M. SIMONETTI
                                           KRISTINA A. DEL VECCHIO


                                           By:          /s/ Lisa M. Simonetti
                                                       Lisa M. Simonetti

                                           Attorneys for Defendants
                                               SLM CORPORATION and SALLIE MAE,
                                               INC.

Dated:  February 6, 2013                    WOLF LEGAL, P.C.
                                           ADAM B. WOLF
                                           TRACEY DEMMON BERGER

                                           By:          /s/ Adam B. Wolf
                                                       Adam B. Wolf

                                           Attorneys for Plaintiffs
                                               ANDREW BRADSHAW, TANIF
                                               STEPHENSON, ADAM CORRIVEAU,
                                               and JESELL GONZALEZ


**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


Dated:  February 6, 2013                    _____
                                           The Honorable Jeffrey S. White

- 2 -

Case No. CV-12-6376-JSW

LA 51621002