IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BRADSHAW, et al., | |
| Plaintiffs, | No. C 12-06376 JSW |
| v. | |
| SLM CORPORATION, et al., | **ORDER VACATING HEARING** |
| Defendants. | |

Now before the Court is the motion to dismiss filed by Defendants. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the hearing set for May 31, 2013 is hereby VACATED. The Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: May 29, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE