ADAM B. WOLF (215914)
TRACEY B. COWAN (250053)
WOLF LEGAL, P.C.
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3545
Facsimile: (415) 402-0058
Email: awolf@wolflegal.com
         tcowan@wolflegal.com


CHRISTOPHER D. SULLIVAN (148083)
MATTHEW R. SCHULTZ (220641)
GREENFIELD SULLIVAN DRAA & HARRINGTON LLP
150 California Street, Suite 2200
San Francisco, California  94111
Telephone:    (415) 283-1776
Facsimile:    (415) 283-1777
Email: csullivan@greenfieldsullivan.com
         mschultz@greenfieldsullivan.com

Attorneys for Plaintiffs Bradshaw et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BRADSHAW, TANIF STEPHENSON, ADAM CORRIVEAU, and JESELL GONZALES, on behalf of themselves and similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>SLM CORPORATION, a Delaware corporation; and SALLIE MAE, INC., a Delaware corporation,<br><br>Defendants. | Civil Case No.: 3:12-CV-06376-JSW<br><br>[PROPOSED] **ORDER GRANTING STIPULATION REGARDING CASE MANAGEMENT CONFERENCE, RULE 26(f) CONFERENCE, INITIAL DISCLOSURES AND DISCOVERY**<br><br>Date: August 23, 2013<br>Time: 1:30 P.M.<br>Judge: Hon. Jeffrey S. White<br>Date Complaint Filed: December 17, 2012<br>Trial Date: None set |

**ORDER**

Having considered the Stipulation Regarding Case management Conference, Rule 26(f) Conference, Initial Disclosures and Discovery and through the showing of good cause **IT IS SO ORDERED** that:

    (a)    The Parties shall complete their Rule 26(f) conference before August 9, 2013;

    (b)    The parties shall complete initial disclosures their Rule 26(f) Report and Joint Case Management Statement on or before August 16, 2013;

    (c)    Discovery as to third parties is not stayed pending a ruling on the Motion to Dismiss and the date to begin party discovery shall be a subject of the Rule 26(f) conference.

Dated: July 24, 2013

_____
The Honorable Jeffrey S. White

1

[Proposed] Order Granting Stipulation Regarding Case Management Conference,
Rule 26(f) Conference, Initial Disclosures and Discovery
Civil Case No. 3:12-CV-06376-JSW